# IN THE SUPREME COURT OF THE STATE OF DELAWARE

In the Matter of:                §
                                 §      472, 2018
PATIENCE MOYO,                   §
        Respondent.              §      File No. 113090-U
                                 §

## **ORDER**

This 13th day of September 2018, the Court has considered the attached Affidavit of Voluntary Compliance submitted by Patience Moyo, which has been reviewed and duly approved by the Board on the Unauthorized Practice of Law and the Office of Disciplinary Counsel. In accordance with Rule 14 of the Rules of the Unauthorized Practice of Law Subcommittee of the Board on Professional Responsibility, and for good cause shown, the Court hereby approves the Affidavit of Voluntary Compliance and the stipulations contained therein.

    IT IS SO ORDERED.

                                            /s/ *Karen L. Valihura*
                                            Justice

**EFiled: Sep 12 2018 03:31PM EDT**
**Filing ID 62445232**
**Case Number 472,2018**

**BOARD ON PROFESSIONAL RESPONSIBILITY**
**OF THE**
**SUPREME COURT OF THE STATE OF DELAWARE**

In the Matter of:                          )
                                           )
**PATIENCE MOYO,**                         )          Board Case No. 113090-U
        Respondent.                        )
                                           )

## AFFIDAVIT OF VOLUNTARY COMPLIANCE

WHEREAS, the Board on Professional Responsibility of the Supreme Court of the State of Delaware pursuant to Rule 5(a) of the Rules of the Unauthorized Practice of Law Subcommittee of the Board on Professional Responsibility (the "UPL Rules"), has directed the Office of Disciplinary Counsel (the "ODC") to investigate and formulate recommendations with regard to certain activities in the State of Delaware by Patience Moyo (the "Respondent"); and

WHEREAS, Respondent passed the Delaware Bar Examination in 2016 but has not been admitted to the Delaware bar; and

WHEREAS, Respondent is not now nor has she ever been a member of the Bar of any jurisdiction in the United States.

WHEREAS, in April 2015. Respondent represented herself to Ms. Joyce Ofori, a Delaware resident, as someone who could file citizenship papers on her behalf. Respondent accepted $1,450 from Ms. Ofori as the fee for filing the papers. Respondent did not file any paperwork for Ms. Ofori.

WHEREAS, sometime before January 2017, Respondent represented herself to Ms. Emilia Manu-Gyan, a Delaware resident, as someone who could perform legal work

on her behalf. Respondent accepted $3,000 from Ms. Manu-Gyan as a fee for the legal work. Respondent did not file any paperwork for Ms. Manu-Gyan.

WHEREAS, in January 2017, while employed by the law firm Weik, Nitsche & Dougherty, under false pretenses Respondent had the firm issue a check in the amount of $3,000, made payable to Ms. Manu-Gyan. Respondent provided the firm a W-9 on which she had forged the signature of Ms. Manu-Gyan.

WHEREAS, on May 15, 2017, a grand jury indicted Respondent with Theft over $1,500, and two counts of forgery. On August 24, 2017, Respondent pled guilty to a lesser included offense of misdemeanor theft.

WHEREAS, in the course of ODC's investigation, Respondent has informed the ODC she desires this matter be settled and concluded without the filing of proceedings against her in exchange for her voluntary agreement, pursuant to UPL Rule 14, as set forth below; and

WHEREAS, Respondent understands if she were a member of the Delaware bar at the time of the above misconduct, disbarment would be the appropriate sanction for the above misconduct. See Ramunno, Vanderslice

WHEREAS, Respondent has been advised this Affidavit of Voluntary Compliance shall be submitted by ODC to the Supreme Court of the State of Delaware for its approval, and such approval shall take the form of an order of the Court enforceable pursuant to UPL Rule 19; and

WHEREAS, Respondent enters into the terms of this Affidavit of Voluntary Compliance freely, voluntarily, without coercion or duress, and with full awareness of their meaning and implications;

2

## IT IS THEREFORE STIPULATED AND AGREED:

1.  Respondent submits herself to the jurisdiction of the Supreme Court of the State of Delaware and the Board on Professional Responsibility with respect to the terms of this Affidavit of Voluntary Compliance;

2.  Respondent appoints the Clerk of the Supreme Court of Delaware as her agent for service of process in any proceedings arising out of the terms of this Affidavit of Voluntary Compliance;

3.  Respondent shall not engage in any activity constituting the practice of law in the State of Delaware, unless and until such time as she is authorized to do so, including, but not limited to:

    (a) appearing as legal counsel, or as representative, on behalf of any person or entity (other than Respondent herself), before any Delaware legal tribunal or administrative agency;

    (b) drafting, on behalf of any person or entity (other than Respondent herself), of legal documents or pleadings reflecting on Delaware law, for use in any Delaware tribunal or governmental agency, unless the drafting or use of such documents is supervised by a person authorized to practice law in the State of Delaware;

    (c) giving legal advice on matters relating to Delaware law;

    (d) engaging in any activity by which Respondent holds herself out, or could appear to be holding herself out, to the public as a person who is permitted to practice law in the State of Delaware;

    (e) engaging in any activity which has traditionally been performed exclusively by persons authorized to practice law in the State of Delaware; and

3

(f) engaging in any other act which may indicate an occurrence of the unauthorized practice of law in the State of Delaware as established by case law, statute, ruling, or other authority.

4.    Respondent has withdrawn her application to the Delaware Supreme Court for admission to the Delaware bar;

5.    This Affidavit of Voluntary Compliance, as approved by the Court, shall be and is binding upon Respondent, as well as her agents, employees, and assigns who are not authorized to practice law in the State of Delaware.

_____
Patience Moyo

SWORN TO AND SUBSCRIBED before me, this 7th day of August, 2018.

SALLY DIANA ROLDAN
Notary Public
STATE OF DELAWARE
My Commission Expires
March 17, 2019

_____
Notarial Officer

The Affidavit of Voluntary Compliance has been reviewed and duly APPROVED by the Chair of the Unauthorized Practice of Law Subcommittee of the Board on Professional Responsibility and the Office of Disciplinary Counsel.

BOARD ON PROFESSIONAL RESPONSIBILITY

Dated: 9-11-2018

_____
Jennifer C. Voss, Esquire (Chair),  U. P. L. Subcommittee
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

4

OFFICE OF DISCIPLINARY COUNSEL

Dated: 9/12/18

Patricia Bartley Schwartz (DE Bar #2481)
Disciplinary Counsel
405 N. King Street, Suite 420
Wilmington, DE 19801

8/8/18

COUNSEL FOR RESPONDENT
Charles Slanina, Esquire
Finger & Slanina, LLC
724 Yorklyn Road
Suite 210
Hockessin, DE 19707

5